UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | No. 4:10CR573 HEA |
| SAKEENA WARD, DALE RENEE WARD, ANISHIKA LINAI WARD, and ROBERT MONTELL SILLS, | ) | |
| Defendants. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED**, that the trial setting in this matter is vacated due to the superceding indictment filed December 16, 2010.

Dated this 17th day of December, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE