UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10CR573 HEA |
| | ) | No. 4:11CR28 HEA |
| SAKEENA WARD, | ) | |
| DALE RENEE WARD, | ) | |
| ANISHIKA LINAI WARD, | ) | |
| ROBERT MONTELL SILLS, and | ) | |
| KAMESHIA BYRD, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the motion of defendant, Kameshia Byrd to continue the trial date in this matter [Doc. #48]. Defendant states that plaintiff does not object to this motion. In order for the Court to rule on defendant Kameshia Byrd's motion, the Court requires compliance with the order setting this matter for trial by all defendants.

Accordingly,

**IT IS HEREBY ORDERED** that if the co-defendants in this matter wish to join in defendant Kameshia Maretta Byrd's Request for Continuance of Trial [Doc. #48], each defendant is to file with the Court a motion indicating his or her request to join in the motion for continuance of the trial date by **Tuesday, June 28, 2011**.

Dated this 24th day of June, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE