UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:10CR573 HEA |
|  | ) | No. 4:11CR28 HEA |
| SAKEENA WARD, | ) | |
| DALE RENEE WARD, | ) | |
| ANISHIKA LINAI WARD, and | ) | |
| KAMESHIA MARETTA BYRD, | ) | |
| Defendants. | ) | |

## AMENDED ORDER

This matter comes before the Court upon the Defendants' Motions to Continue Trial [Docs. #48, 124, 128, and 132] and Waivers of Speedy Trial [Docs. #104, 107, 111, and 40].

This Court, upon careful consideration of the motion of Defendants, and on review of the record, finds that the ends of justice would best be served by continuing the trial setting as to Defendants Sakeena Ward, Dale Renee Ward, Anishika Linai Ward, Robert Montell Sills, and Kameshia Maretta Byrd to September 26, 2011, and that a continuance of these proceedings outweighs the best interest of the public and the defendant in a speedy trial. Furthermore, failure to grant a continuance would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendants have filed with this Court signed Waivers of Speedy Trial under the Speedy Trial Act, 18 U.S.C. §3161, [Docs. #104, 107, 111, and 40].

Concluding that the administration of justice will best be served by continuing this case, the Court will reset trial in this proceeding.

Accordingly,

**IT IS HEREBY ORDERED**, that the trial setting as to Defendants Sakeena Ward, Dale Renee Ward, Anishika Linai Ward, and Kameshia Maretta Byrd is RESET to September 26, 2011, at 9:30 a.m.

Dated this 8th day of July, 2011.

```
_____
   HENRY EDWARD AUTREY
   UNITED STATES DISTRICT JUDGE
```